1164

No. 03–7575. Scott v. Pryor, Attorney General of Alabama, et al. C. A. 11th Cir. Certiorari denied.

No. 03–7577. Simpson v. Ohio. Ct. App. Ohio, Hamilton County. Certiorari denied.

No. 03–7580. Thomas v. Hamlet, Warden. C. A. 9th Cir. Certiorari denied.

No. 03–7582. Taylor v. Stickman, Superintendent, State Correctional Institution at Greene, et al. C. A. 3d Cir. Certiorari denied.

No. 03–7584. Hennis v. Cain, Warden. C. A. 5th Cir. Certiorari denied.

No. 03–7590. McCormick v. Braverman. Sup. Ct. Mich. Certiorari denied.

No. 03–7607. Russell v. Garrard et al. C. A. 6th Cir. Certiorari denied.

No. 03–7608. Whiteside v. Beightler, Warden. C. A. 6th Cir. Certiorari denied.

No. 03–7609. Wilson v. Howes, Warden. C. A. 6th Cir. Certiorari denied.

No. 03–7632. Lawrence v. Mississippi. Sup. Ct. Miss. Certiorari denied.

No. 03–7633. Sanford v. Crosby, Secretary, Florida Department of Corrections, et al. C. A. 11th Cir. Certiorari denied.

No. 03–7638. Loera v. Rocha. C. A. 9th Cir. Certiorari denied.

No. 03–7644. Terry v. Palmateer, Superintendent, Coffee Creek Correctional Facility. C. A. 9th Cir. Certiorari denied.

No. 03–7646. Barnes v. Elo, Warden. C. A. 6th Cir. Certiorari denied.